UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOMONE MCKISSIC,<br><br>Petitioner,<br><br>v.<br><br>PAUL THOMPSON,<br><br>Respondent. | No. 2:21-cv-0522 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On March 29, 2021, petitioner was ordered to file a completed request to proceed in forma pauperis or pay the $5 filing fee within thirty days. Petitioner was warned that failure to do so would result in a recommendation that his petition for writ of habeas corpus be dismissed. The thirty-day period has now expired. Petitioner has not submitted a request to proceed in forma pauperis, and the court has not received the filing fee.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 21, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mcki0522.fifp